FILED

JAN 20 2010

US DISTRICT COURT
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**JOKARI LEE BARNETT,**<br>a/k/a "COREY"<br>and<br>**TIFFANY NICOLE JONES,**<br>　　　　　Defendants. | Criminal No. _3:10CR5_<br><br>Violations:　18 U.S.C. § 2<br>　　　　　　　21 U.S.C. § 841(a)(1)<br>　　　　　　　21 U.S.C. § 841(b)(1)(A)<br>　　　　　　　21 U.S.C. § 841(b)(1)(B)<br>　　　　　　　21 U.S.C. § 846 |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1.

(Conspiracy)

From in or about January of 2008 to on or about April 16, 2008, within the Northern Judicial District of West Virginia, and elsewhere, defendants, **JOKARI LEE BARNETT, a/k/a "COREY", and TIFFANY NICOLE JONES,** did knowingly and willfully combine, conspire, confederate and agree and have a tacit understanding with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy knowingly and intentionally to possess with intent to distribute and to distribute in excess of fifty (50) grams of

cocaine base, also known as "crack", a controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II(a)(4); in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT 2.

(Distribution of Cocaine Base)

On or about the 10th day of April, 2008, at approximately 9:45 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants, **JOKARI LEE BARNETT, a/k/a "COREY" and TIFFANY NICOLE JONES,** aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 13.5 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack", a controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the Grand Jury, in exchange for $500.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT 3.

(Distribution of Cocaine Base)

On or about the 16th day of April, 2008, at approximately 1:34 p.m., at or near Spring Mills, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants, **JOKARI LEE BARNETT, a/k/a "COREY" and TIFFANY NICOLE JONES,** aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 26.5 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack", a controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the Grand Jury, in exchange for $1,000.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

A true bill:

/s/
Grand Jury Foreperson
(Signature on File)

/s/
BETSY C. JIVIDEN
ACTING UNITED STATES ATTORNEY

4